P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUN 17 2015

RE: WR-81,875-01

*Discharged*

ROBERT DAVID MIELNICKI
LUTHER UNIT - TDC #1748129
1800 LUT ~NIXIE~          773  DE  1
NAVASO

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER



BC: 78711230808     *0493-06811-29-26